**Theo RICHARDSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28564.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction is for the unlawful possession of beer for the purpose of sale in a dry area; the punishment, a fine of $500.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.